✎AO ___        Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

NORTHERN        District of        NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ORDER AND AMENDED JUDGMENT REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) |

**V.**

|  |  |
|---|---|
| DAVID PARKER | Case Number: 5:05-cr-529-001 (DNH) |
|  | USM Number: 13369-052 |
| Date of Previous Judgment: January 18, 2007 | Lisa A. Peebles, Esq. |
| (Use Date of Last Amended Judgment if Applicable) | Defendant's Attorney |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 63 months **is reduced to 60 months**.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | |
|---|---|
| Previous Offense Level: 25 | Amended Offense Level: 23 |
| Criminal History Category: III | Criminal History Category: III |
| Previous Guideline Range: 70 to 87 months | Amended Guideline Range: 60 to 71 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (**explain**):_____
_____
_____
_____

**III. ADDITIONAL COMMENTS**
_____
_____

Except as provided above, all provisions of the judgment dated January 18, 2007 shall remain in effect.
**IT IS SO ORDERED**.

April 25, 2008
Order Date

_____        *[signature]*
Effective Date (if different from order date)        David N. Hurd
        District Judge